[No. 23906-0-II.    Division Two.    January 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES KOSER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-1-00260-6, Gordon Godfrey, J., entered October 12, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 23990-6-II.    Division Two.    January 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00438-1, Toni A. Sheldon, J., entered October 1, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 24193-5-II.    Division Two.    January 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ARMANDO RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00505-7, Stephen M. Warning, J., entered December 15, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 17907-9-III.    Division Three.    January 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN BARTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02191-1, Gregory D. Sypolt, J., entered September 24, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.